# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL MORALES,

    Defendant.

Case No. CR09-183-RSM

DETENTION ORDER

<u>Offense charged</u>:

    Count 1:     CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE, in violation of 21 U.S.C. §§ 841(a)(1), 841(B)(1)(a) AND 846

<u>Date of Detention Hearing</u>:    June 5, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

(2)     Defendant was on probation when the offense was committed.

(3)     Defendant has a history of failures to comply with supervision.

DETENTION ORDER                                                 15.13
18 U.S.C. § 3142(i)                                     Rev. 1/91
PAGE 1

(4) Defendant has substantial substance abuse issues.

(5) Defendant has gang affiliations.

(6) Defendant has three aliases.

(7) There are no conditions or combination of conditions other than detention that will reasonably ensure the appearance of the defendant.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of June, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge