01
02
03
04
05
06                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
07                                  AT SEATTLE

08 | UNITED STATES OF AMERICA,              )
   |                                        )   CASE NO. CR09-183-RSM
09 |           Plaintiff,                   )
   |                                        )
10 |      v.                                )   SUMMARY REPORT OF U.S.
   |                                        )   MAGISTRATE JUDGE AS TO
11 | SAMUEL OLVIRA MORALES,                 )   ALLEGED VIOLATIONS
   |                                        )   OF SUPERVISED RELEASE
12 |           Defendant.                   )
   |_____)
13

14      An initial hearing on supervised release revocation in this case was scheduled before me

15 on February 26, 2013.  The United States was represented by AUSA Sarah Vogel and the

16 defendant by Kevin Peck.  The proceedings were digitally recorded.

17      Defendant had been sentenced on or about November 13, 2009 by the Honorable

18 Ricardo S. Martinez on a charge of Conspiracy to Distribute Methamphetamine, and sentenced

19 to 32 months custody, 5 years supervised release.

20      The conditions of supervised release included the standard conditions plus the

21 requirements that defendant participate in drug treatment and testing, abstain from alcohol,

22 submit to search, participate in a mental health program to include Moral Reconation Therapy,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

reside and successfully complete a residential reentry program of up to 120 days, provide financial information to his probation officer as requested, and not associate with any known gang members.  (Dkt. 196.)

On June 18, 2012, defendant's probation officer reported that he had tested positive for cocaine.  Defendant was reprimanded, placed in a structured testing program, and referred for professional assessment.  No further action was taken at the time. (Dkt. 271.)  On October 15, 2012, the probation officer reported that defendant tested positive for ecstacy, methamphetamine and alcohol.  Defendant was referred for counseling, a community based residential program, and intensive outpatient treatment.  No further action was taken at the time. (Dkt. 272.)

In an application dated February 14, 2013 (Dkt. 273, 274), U.S. Probation Officer Jennifer Van Flandern alleged the following violations of the conditions of supervised release:

1.	Using methamphetamine on or before January 24, February 4, February 8, and February 11, 2013, in violation of standard condition number 7.

2.	Using alcohol, on or about February 11, 2013, in violation of his special condition of supervised release.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 275.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1 and 2, and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be set before Judge Martinez .

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

Pending a detention hearing by the Court, defendant has been detained.

DATED this 27th day of February , 2013.

                                                     Mary Alice Theiler
                                                     United States Magistrate Judge

cc:    District Judge:        Honorable Ricardo S. Martinez
        AUSA:                 Sarah Vogel
        Defendant's attorney:  Kevin Peck
        Probation officer:     Jennifer Van Flandern

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3